## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

THE COUNTY OF ROOSEVELT,

    Plaintiff,

vs.                                                      No.  1:18-cv-00795 KK/SMV

PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; ENDO PHARMACEUTICALS INC.; ALLERGAN PLC F/K/A ACTAVIS PLC; ACTAVIS, INC. F/K/A WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. F/K/A WATSON PHARMA, INC.; ENDO HEALTH SOLUTIONS INC.; INSYS THERAPEUTICS, INC.; MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN CORPORATION; CVS HEALTH CORPORATION; WALGREENS BOOTS ALLIANCE, INC. AKA WALGREEN CO.; WAL-MART INC. F/K/A WAL-MART STORES INC.; RUSSELL PORTENOY, M.D.; PERRY FINE, M.D.; SCOTT FISHMAN, M.D.; LYNN WEBSTER, M.D.; and PATRICIA JOSEPHINE GREEN, M.D.,

    Defendants.

**STIPULATED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR <u>OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT</u>**

THIS MATTER, having come before the Court on Retail Pharmacy Defendants' Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint, and the Court being advised in the premises, FINDS that good grounds exist for Defendants' Unopposed Motion. The Motion is GRANTED.

IT IS THEREFORE ORDERED that the Defendants' deadline to move, answer or otherwise respond to Plaintiff's Complaint is extended until thirty (30) days after the later of (1) this Court's ruling on any motion to remand or (2) the JPML's final decision regarding whether to transfer this case to the MDL.

_____
Hon. Stephan M. Vidmar
UNITED STATES MAGISTRATE JUDGE


SUBMITTED BY:

**KELEHER & McLEOD, P.A.**

By: _/s/ Sean Olivas_
Sean Olivas
201 Third Street NW, 12th Floor
Albuquerque, NM 87102
Telephone: (505) 346-4646
solivas@keleher-law.com

AND

Conor B. O'Croinin*
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202-1031
Telephone: (410) 949-1160
cocroinin@zuckerman.com

Eric R. Delinsky*
Alexandra W. Miller*
ZUCKERMAN SPAEDER LLP
1800 M Street NW, Suite 1000
Washington, DC  20036-5807
Telephone:  (202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com

*denotes national counsel who will seek pro hac vice admission*

*Attorneys for Defendant CVS Health Corporation*

By: /s/ Alex C. Walker
Alex C. Walker
**MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.**
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
awalker@modrall.com

*Attorney for Defendant Walgreens Boots Alliance, Inc.*

By: /s/ R.E. Thompson
R.E. Thompson
**MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.**
Post Office Box 2168
500 Fourth Street NW, Suite 1000
Albuquerque, New Mexico 87103-2168
rethompson@modrall.com

AND

Christopher Lovrien*
Claire E. Castles*
Sarah G. Conway*
JONES DAY
555 South Flower St, 50th Floor
Los Angeles, CA  90071-2452
Telephone:  (213) 243-2567
cjlovrien@jonesday.com
ccastles@jonesday.com
sgconway@jonesday.com

*Attorneys for Defendant Walmart Inc.*

4

APPROVED AS TO FORM:

FADDUOL, CLUFF, HARDY & CONAWAY, PC

By: *Approved via email on 8/23/2018*
    Joshua K. Conaway
    3301 San Mateo Blvd NE
    Albuquerque, NM 87110
    (505) 243-6045
    jconaway@fchclaw.com
    *Attorneys for Plaintiff*

4848-6958-7568, v. 1

4