IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THE COUNTY OF ROOSEVELT,

          Plaintiff,

v.                                          Case No. 1:18-cv-00795-KK-SMV

PURDUE PHARMA L.P.; PURDUE PHARMA INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A/ JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA, INC. N/K/A/ JANSSEN PHARMACEUTICALS, INC.; ENDO PHARMACEUTICALS INC.; ALLERGAN PLC F/K/A ACTAVIS PLC; ACTAVIS, INC. F/K/A WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. F/K/A WATSON PHARMA, INC.; ENDO HEALTH SOLUTIONS INC.; INSYS THERAPEUTICS, INC.; MCKESSON CORPORATION; CARDINAL HEALTH, INC.; AMERISOURCEBERGEN CORPORATION; CVS HEALTH CORPORATION; WALGREENS BOOTS ALLIANCE, INC. AKA WALGREEN CO.; WAL-MART INC. F/K/A WAL-MART STORES INC; RUSSELL PORTENOY, M.D.; PERRY FINE, M.D.; SCOTT FISHMAN, M.D.; LYNN WEBSTER, M.D.; and PATRICIA JOSEPHINE GREEN, M.D.,

          Defendants.

**PROPOSED ORDER ON STIPULATED MOTION TO EXTEND TIME FOR RESPONSIVE PLEADING**

**AND NOW,** upon consideration of Defendants Purdue Pharma L.P.'s; Purdue Pharma Inc.'s; and the Purdue Frederick Company, Inc.'s, Stipulated Motion to Extend Time for Responsive Pleading, the Motion is hereby **GRANTED** and the deadline for Purdue Pharma L.P.;

Purdue Pharma Inc.; the Purdue Frederick Company, Inc.; Endo Health Solutions Inc., Endo Pharmaceuticals Inc. Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Watson Laboratories, Inc.; Actavis LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Allergan plc f/k/a Actavis plc;[1] Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals Inc. and Insys Therapeutics, Inc. to respond to Plaintiff's Complaint is thirty (30) days after this Court rules on any motion to remand or after the JPML makes a final decision regarding transfer to the MDL Proceeding, whichever is later.

Done in Chambers this 29th day of October, 2018.

BY THE COURT:

_____

**SUBMITTED**:

MONTGOMERY & ANDREWS, P.A.

By:    */s/ Randy S. Bartell*
         Randy S. Bartell
325 Paseo de Peralta
P.O. Box 2307
Santa Fe, NM 87504-2307
505-982-3873
rbartell@montand.com

*Attorneys for Purdue Pharma L.P.; Purdue Pharma Inc.; and the Purdue Frederick Company*

---

[1] Allergan plc, an Irish corporation, and Allergan Finance, LLC dispute that they have been properly served but join this motion out of an abundance of caution and expressly reserve all rights and defenses, including those related to personal jurisdiction and service of process.

**APPROVED**:

FADDUOUL, CUFF, HARDY & CONAWAY, P.C.

By: */s/ Joshua K. Conaway*
    Joshua K. Conaway
3301 San Mateo Blvd. NE
Albuquerque, NM  87110
Telephone:  (505) 243-6045
Facsimile:  (505) 243-6642
E-mail:  jconaway@fchclaw.com

-and-

NAPOLI SHKOLNIK
Paul J. Napoli
Salvatore C. Badala
Joseph L. Ciaccio
400 Broadhollow Road, Suite 305
Melville, NY  11747
Telephone:  (212) 397-1000
Email:  pnapoli@napolilaw.com

*Attorneys for Plaintiff County of Roosevelt*


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.


By: */s/ Andrew G. Schultz*
    Andrew G. Schultz
    Melanie B. Stambaugh
P.O. Box 1888
Albuquerque, New Mexico  87103
Telephone:  (505) 765-5900
Facsimile:  (505) 768-7395
E-mail:  aschultz@rodey.com
         mstambaugh@rodey.com

*Attorneys for Defendant Cardinal Health, Inc.*

MALDEGEN, TEMPLEMAN & INDALL, LLP

By: */s/ Larry D. Maldegen*
     Larry D. Maldegen
     Michael J. Moffett
P.O. Box 669
Santa Fe, NM  87504-0669
Telephone:  (505) 982-4611
Facsimile:  (505) 988-2987
E-mail:  lmadegen@cmtisantafe.com
        mmoffett@cmtisantafe.com

*Attorneys for Defendant McKesson Corporation*


ATKINSON, BAKER & RODRIGUEZ, P.C

By: */s/ Douglas A. Baker*
     Douglas A. Baker
201 Third Street NW, Suite 1850
Albuquerque, NM  87102
Telephone:  (505-764-8111
Facsimile:  (505) 764-8374
E-mail:  dbaker@abrfirm.com

*Attorneys for Defendant Amerisourcebergen Corporation*


KELEHER & MCLEOD, P.A.

By: */s/ Sean Olivas*
     Sean Olivas
P.O. Box AA
Albuquerque, NM  87103
Telephone:  (505) 346-4646
Facsimile:  (505) 346-1370
E-mail:  so@keleher-law.com

*Attorneys for Defendant CVS Health Corporation*

4

JOHN B. POUND, LLC

By:     */s/ John B. Pound*
         John B. Pound
505 Don Gaspar
Santa Fe, NM  87505
Telephone:  (505) 983-8060
Facsimile:  (505) 986-1028
E-mail:  jbpsfnm@gmail.com

*Attorneys for Defendants Endo Health Solutions, Inc. and Endo Pharmaceuticals Inc.*


THE SIMONS FIRM, LLP

By:     */s/ Frieda Simons Burnes*
         Frieda Simons Burnes
P.O. Box 5333
Santa Fe, NM  87502
Telephone:  (505) 988-5600
Facsimile:  (505) 982-0185
E-mail:  fsimons@simonsfirm.com

*Attorneys for Defendant Insys Therapeutics, Inc.*


MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.

By:     */s/ Rufus E. Thompson*
         Rufus E. Thompson
P.O. Box 2168
Albuquerque, NM  87103
Telephone:  (505) 848-1800
Facsimile:  (505) 848-1889
E-mail:  rthompson@modrall.com

*Attorneys for Defendant Wal-Mart, Inc.*

MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.


By:   /s/ *Alex Cameron Walker*
          Alex Cameron Walker
500 Fourth Street NW, Suite 1000
Albuquerque, NM  87102
Telephone:  (505) 848-1861
Facsimile:  (505) 848-1882
E-mail:  awalker@modrall.com

*Attorneys for Defendant Walgreens Boots Alliance, Inc.*